*Cause(s) of Action with Supporting Facts (continued)*

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☑ NO    ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

*I ask the court to award me #30,000,000.00 Thirty Million Dollars in damages for the pain and suffering associated with this potentially deadly disease.*

5

## VI. VERIFICATION AND SIGNATURE

## Initial Each Statement and Sign at the Bottom

*C.C.* I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

*C.C.* I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

*C.C.* In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

*C.C.* I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) with a copy of my prison trust fund account statement for the six months preceding the filing of this case.

*C.C.* I agree to promptly notify the clerk of any change of address.

*C.C.* I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

*C.C.* I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this **26** day of *December*, 20 *07*.

*Christopher Truth*
Your Signature

Mail all of these papers to:    **Hammond Division Clerk's Office**
**5400 Federal Plaza**
**Hammond, IN 46320**

6