Exhibit #A-01

Voila Deodorant Soap

1 page

# Voila Deodorant Soap



This is the wrapper for the soap that is issued to the inmates. Only one bar of this soap is provided per week. It is only good for one showers use. No additional bars are issued when it runs out. This hinders my ability to maintain my personal hygiene.