## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

```
CHRISTOPHER COULTER,        )
                            )
Plaintiff,                  )
                            )
    v.                      )   NO. 2:08-CV-7
                            )
BERNARD FREEMAN; ROY        )
DOMINGUEZ; CITY OF          )
CROWN POINT, INDIANA;       )
and LAKE COUNTY,            )
                            )
Defendants.                 )
```

### ORDER

This matter is before the Court on the Application to Proceed Without Prepayment of Fees and Affidavit (D.E. # 2) filed by the Plaintiff, Christopher Coulter, on January 4, 2008. The Plaintiff's submissions are deficient because he did not attach a copy of his inmate trust account ledger as required by 28 U.S.C. § 1915(a)(2). Accordingly, the Plaintiff is **ORDERED** to either pay the filing fee or file a properly prepared *in forma pauperis* petition which includes attachment of a certified copy of the prisoner trust fund account statement (or institutional equivalent) for the six month period immediately preceding the filing of the complaint. Failure to do so by March 8, 2008, will result in dismissal of this action without prejudice and without further notice. In addition, the

Clerk is **DIRECTED** to enclose a copy of this Court's form for prisoners seeking to proceed *in forma pauperis*.


DATED: January 31, 2008            /s/ RUDY LOZANO, Judge
                                   **United States District Court**