U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Christopher Coulter | COURT CASE NUMBER: 2:08 CV 7 RL |
| DEFENDANT: Bernard Freeman, Warden | TYPE OF PROCESS: |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lake County Jail

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2293 North Main St. - Crown Point, In. 46307

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher Coulter
Lake County Jail #ZC-534
2293 North Main Street
Crown Point, In. 46307

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

**FILED**
MAY 05 2008
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Monday - Friday      8:30 am - 4:30 pm

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: n/a
DATE: 12/26/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 2 | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk: Paul Joseph | Date: 4/30/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/1/08   Time: am/pm
Signature of U.S. Marshal or Deputy: Paul Joseph

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | |

REMARKS: CERT 1070   4/30/08

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) M TIPTON   B. Date of Delivery 5-1-08<br>C. Signature<br>X   ☑ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Lake County Jail<br>ATTN: Bernard Freeman<br>2293 North Main Street<br>Crown Point, IN  46307<br><br>2:08CV00007RL | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label) | 7006 0810 0004 5337 1070 |
| PS Form 3811, July 1999 | Domestic Return Receipt   102595-99-M-1789 |

- Please type or pr

Submit one com
company, corpor
for such service
Marshal) may be

For service of an
of the writ and a
mit three (3) add
U.S. Marshal wi
General of the U
block by the U.S
Attorney Genera ... regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if addition ... you will receive a "Billing Statement" (copy 4 of USM-285) from the United ... returned, by you, to the U.S. Marshal, together with yo

Additi
U.S. M

UNITED STATES POSTAL SERVICE
GARY IN 464
01 MAY 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

US Marshals Service
PO Box 7003 Robt A Grant Fed Crths
204 S. Main St
South Bend, IN 46601

CIVIL

2115